1  McGREGOR W. SCOTT
   United States Attorney
2  TANYA B. SYED
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                     IN THE UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,              CASE NO. 2:20-MJ-053-AC

12                    Plaintiff,            FINDINGS AND ORDER EXTENDING TIME FOR
                                            PRELIMINARY HEARING PURSUANT TO RULE
13            v.                            5.1(d) AND EXCLUDING TIME

14  ELGUEZ, JEREMY,                         DATE: May 22, 2020
                                            TIME: 2:00 p.m.
15                    Defendants.           COURT: Hon. Deborah Barnes

16

17

18       The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

19  Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on May 18, 2020. The

20  Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

21  demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule

22  5.1(d) of the Federal Rules of Criminal Procedure.

23       Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

24  of justice served by granting this continuance outweigh the best interests of the public and the defendant

25  in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would

26  not adversely affect the public interest in the prompt disposition of criminal cases.

27       THEREFORE, FOR GOOD CAUSE SHOWN:

28       1.      The date of the preliminary hearing is extended to May 29, 2020, at 2:00 p.m.

FINDINGS AND ORDER                              1

     2.     The time between May 22, 2020, and May 29, 2020, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

     3.     Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated:  May 19, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

FINDINGS AND ORDER

2